

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2016

No. 04-16-00482-CV

**CLEARWATER RANCH PROPERTY OWNERS ASSOCIATION, INC.**,
Appellant

v.

Adrianna **ROHLMEIER**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI16454
Honorable David A. Canales, Judge Presiding

# O R D E R

Luis Duran's notification of late reporter's record is hereby GRANTED. Time is extended to November 21, 2016. FURTHER EXTENSIONS ARE DISFAVORED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2016.



_____
Keith E. Hottle
Clerk of Court